# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF ALABAMA

**Clyde Bernard Franklin, et al**          *          DOCKET NO. 09-704
                                                  *
**versus**                                        *
                                                  *
**Apple, Inc. and AT&T Mobility, L.L.C.**    *
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO APPEAR PRO HAC VICE

NOW COMES Max C. Marx, Co-Counsel for Plaintiffs in the above referenced cause, and respectfully moves this Honorable Court for an order permitting Max C. Marx to appear *pro hac vice* as counsel of record for Plaintiffs.  As grounds for this motion, Movant states as follows:

## I.

Movant resides and regularly practices law in Louisiana, where he is the owner of the Law Offices of Max C. Marx Firm.  He is a member in good standing of the Louisiana Bar and the Louisiana Supreme Court.

## II.

Movant resides in Louisiana and would like to be admitted to practice in the United States District Court for the Southern District of Alabama without a personal appearance.

**III.**

Movant is duly admitted to practice law in the State of Louisiana, is a member in good standing of the Louisiana Bar, is not currently suspended or disbarred by any jurisdiction in which he has been admitted to practice law, and has not been the subject of disciplinary action by the bar or courts of any jurisdiction in the preceding five (5) years.

**IV.**

Unless permitted to withdraw by order of this Court, Movant will continue to represent Plaintiffs in this cause until the final determination of this cause, and that, with reference to all matters incident to such cause, Movant consents to the jurisdiction of the courts of the State of Alabama, of the Disciplinary Tribunals of the Alabama Bar, and of the Alabama Board of Bar Admissions in all respects as if said attorney was a regularly admitted and licensed member of the Alabama Bar.

WHEREFORE, Movant prays that he be permitted to appear *pro hac vice* as counsel of record for Plaintiffs in the above referenced matter.

LAW OFFICES OF MAX C. MARX
301 NAPOLEON STREET
BATON ROUGE, LOUISIANA  70802
TELEPHONE :          (225) 223-2499
E-MAIL          :          maxcolemanmarx@yahoo.com


s/Max C. Marx
Max C. Marx
Co-Counsel for Plaintiffs
Louisiana Bar Roll Number 09225

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

November 11, 2009.

s/Max C. Marx
Max C. Marx