# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Clyde Bernard Franklin, et al** | * | **DOCKET NO. 09-704** |
| | * | |
| **versus** | * | |
| | * | |
| **Apple, Inc. and AT&T Mobility, L.L.C.** | * | |

*******************************************

# **O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Motion of Max C. Marx is granted, and that he is hereby admitted *pro hac vice* to appear and participate in the above captioned litigation.

Signed in Mobile, Alabama this the _____ day of November, 2009.

_____
J U D G E