Bogalusa Office
NOV 03 2009
Franklin v. Apple, Inc. et al
Doc. 7 Att. 3
Dockets.Justia.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING

I, **Nick Lorio,** Clerk of the United States District Court for the Middle District of Louisiana,

**DO HEREBY CERTIFY** that **Max Coleman Marx** was duly admitted to practice in said Court on **September 25, 2009** and is in good standing as a member of the bar of said Court.

As of this date no disciplinary actions have been filed in this Court.

Dated at Baton Rouge, Louisiana on November 2, 2009.

NICK LORIO, CLERK

By: *Clarissa Mansfield*
Deputy Clerk