UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| CLYDE BERNARD FRANKLIN, Individually, and on behalf of similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC., and AT&T MOBILITY, LLC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 09-cv-704<br>)<br>)<br>)<br>)<br>) |

MOTION FOR EXTENSION OF TIME

　　　　Defendants Apple Inc. and AT&T Mobility, LLC hereby move the Court for an additional forty-five (45) days, until February 5, 2010, to answer or otherwise respond to the Complaint. Plaintiff has consented to the requested extension.

　　　　　　　　　　　　　　　　　　　　/s/ Sara A. Ford
　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　Apple Inc. and AT&T Mobility, LLC

OF COUNSEL:
Sara Anne Ford
sford@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700

Dockets.Justia.com

CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either through the CM/ECF system or by U.S. Mail, as follows:

Ronnie G. Penton, Esquire
Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana  70427

Max C. Marx, Esquire
301 Napoleon Street
Baton Rouge, Louisiana 70802

                                            By: /s Sara A. Ford
                                    One of the Attorneys for Defendants
                                    Apple Inc. and AT&T Mobility, LLC