# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CLYDE BERNARD FRANKLIN, :
et al.,
                                                                                :

    Plaintiffs,

                                                                                :

vs.                                                                            :        CA 09-0704-MJ-C

APPLE INC., and AT&T MOBILITY, :
LLC,
                                                                           :

    Defendants.

## **ORDER**

The unopposed motion for an extension of time to answer or otherwise respond filed by the defendants (Doc. 10) is **GRANTED**. The defendants are **ORDERED** to answer or otherwise respond on or before **February 5, 2010**.

**DONE** and **ORDERED** this the 23rd day of December, 2009.

      s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**